Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Curtis Feaster

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS FEASTER, | ) No. 5:20-cv-01941-MAA |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER AWARDING** |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES AND** |
| | ) **COSTS** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of THREE THOUSAND THREE HUNDRED FIFTY-FOUR DOLLARS and FORTY-THREE CENTS ($3,354.43), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated:  December 14, 2021

_____
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

1